IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                 ORDER

    Plaintiff,

                 06-cr-132-jcs
                 09-cv-779-bbc

  v.

ROMELLE E. ROSS,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Defendant Romelle Ross has filed a notice of appeal from the court's October 22, 2010 order denying his request for leave to proceed in forma pauperis on appeal and for a certificate of appealability. As stated in the court's October 22, 2010 order, under Fed. R. App. P. 22(b), if defendant wishes to challenge the denial of a certificate of appealability, he must request a circuit judge to issue the certificate.

    Further, as I have stated in previous orders, if defendant files any further documents, including notices of appeal, in this case, the clerk of court is directed to forward them to chambers before filing them. If I determine that the document includes a challenge to defendant's conviction or sentence and is not accompanied by an order of the Court of

1

Appeals for the Seventh Circuit permitting the filing, then I will place the document in the file of this case and make no response to it.

Entered this 27th day of December, 2010.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

2